794 F.2d 1485
 Theodore Robert BUNDY, Petitioner-Appellant,
v.
Louis L. WAINWRIGHT, as Secretary, Department of
Corrections, State of Florida, Respondent-Appellee.
 No. 86-5509.
 United States Court of Appeals,
Eleventh Circuit.
 July 2, 1986.
 
 James E. Coleman, Jr., Polly Nelson, Wilmer, Curlter & Pickering, Washington, D.C., John F. Evans, Coral Gables, Fla., for petitioner-appellant.
 Gregory Costas, Andrea Smith Hillyer, Asst. Attys. Gen., Tallahassee, Fla., for respondent-appellee.
 Appeal from the United States District Court from the Southern District of Florida.
 Before GODBOLD, Chief Judge, VANCE and CLARK, Circuit Judges.
 
 BY THE COURT:
 
 1
 The motion of the appellant for a stay of execution is GRANTED pending further order of this court. The appeal is expedited.